# EXHIBIT

# 3



# Town of Fairfield

**James T. Baldwin**
**Town Attorney**

November 5, 2020

Via Email: thollister@goodwin.com

Timothy S. Hollister, Esq.
Shipman & Goodwin
One Constitution Plaza
Hartford, CT  06103-1919

      Re:    Certificates of Occupancy for Newport Institute's Group Homes
              at 2495 Redding Road and 3236 Congress Street

Dear Attorney Hollister,

I am in receipt of your October 30, 2020 request for the issuance of a Certificate of Occupancy for the "Group Homes" at 2495 Redding Road and 3236 Congress Street.  Please be advised that CO's will not be issued on the following basis: The building permit authorized by the Planning Director and upheld on appeal by the Fairfield ZBA was for a group home as defined in G.G.S. § 8-3e.  The Certificate of Need issued by the state OHS was not issued for a Group Home under this statute but rather a mental health care facility pursuant to state regulation § 19a-495-551(b)(2)(A)(i).  Furthermore, it does not qualify as a protected Group Home under the Fair Housing Act. Accordingly, the use falls outside the provisions of both § 8-3e and the FHA.

Newport Academy will therefore need to submit an application for a Special Exception pursuant to town zoning regulations in order to be in compliance with Fairfield zoning regulations and receive CO's for these facilities.

                                            Very Truly Yours,

                                            /S/ James T. Baldwin

                                            James T. Baldwin, Esq.

JTB/dw
Cc:  Jim Wendt